# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

ANNA MARIE DAVIS                                                                                    PLAINTIFF

v.                                    4:20-cv-00945-BRW-JJV

ANDREW SAUL,
Commissioner,
Social Security Administration,                                           DEFENDANT

## ORDER

The Court has received Proposed Findings and Recommendations ("RD") submitted by United States Magistrate Judge Joe J. Volpe. After careful review of the RD and the timely objections received thereto, as well as a *de novo* review of the record, the Court approves and adopts the RD as this Court's findings in all respects. Accordingly, the Commissioner's decision is affirmed, and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 25th day of May, 2021.

                                                                               Billy Roy Wilson
                                                                               UNITED STATES DISTRICT JUDGE